```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000                          *E-FILED - 4/8/09*

7  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>CHEERLEN CHANG, Revenue Agent,<br><br>         Petitioners,<br><br>   v.<br><br>NEAL BARNETT, individually and NEAL<br>BARNETT, AS PRESIDENT OF<br>SIGN-ON SYSTEMS, INC.<br><br>         Respondent. | NO.  CV 09-0483-~~JSW~~  RMW<br>NO.  CV 09-0484-~~JSW~~  RMW<br><br>STIPULATION and [~~PROPOSED~~]<br>ORDER TO SHOW CAUSE RE<br>ENFORCEMENT OF INTERNAL<br>REVENUE SERVICE SUMMONS |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1.  On February 3, 2009, the United States filed two Verified Petitions to Enforce Internal Revenue Service Summonses, one for for Neal Barnett, individually, and as President of Sign-On Systems, Inc. <u>United States v. Neal Barnett</u>, Case No. CV 09-0484-RMW (N.D. Calif,); <u>United States v. Neal Barnett, as President of Sign-On Systems, Inc.</u>, Case No. CV 09-0483-RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

2.  The parties stipulate and agree that Neal Barnett will appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600, San Jose,

California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses by providing documents and testimony as required by the summonses heretofore served upon him both individually and as President of Sign-On Systems, Inc.

SO STIPULATED:

                                Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

DATED: March 15, 2009               /s/ Cynthia Stier
                                CYNTHIA STIER
                                Assistant United States Attorney
                                Tax Division
                                    Attorneys for the United States

                                BERLINER COHEN

DATED: March 1, 2009               /s/
                                FRANK R. UBHAUS
                                CHRISTIAN E. PICONE

                                    Attorneys for Respondent, Neal Barnett, individually and as President of Sign-on Systems, Inc.

## ORDER

Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that Neal Barnett appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, located at 55 South Market Street, Suite 600, San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses by providing documents and testimony as required by the summonses heretofore served upon him both individually and as President of Sign-On Systems, Inc.

**SO ORDERED** this __8__ day of __April__, 2009, at __San Jose__, California.

*/s/ Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**

Stipulation and [] Order,
Case Nos. 09-0483-RMW and 09-0484