| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
|   | 9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |

*E-FILED - 4/8/09*

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES OF AMERICA and ) 
CHEERLEN CHANG, Revenue Agent, ) NO. CV 09-0483-~~JSW~~ RMW
 ) NO. CV 09-0484-~~JSW~~ RMW
 )
Petitioners, ) STIPULATION and [~~PROPOSED~~]
 ) ORDER TO RESCHEDULE
 ) HEARING ON ORDER TO SHOW
 ) CAUSE RE: ENFORCEMENT OF
 ) INTERNAL REVENUE SERVICE
v. ) SUMMONSES
 )
NEAL BARNETT, individually and NEAL )
BARNETT, AS PRESIDENT OF ) Date: May 8, 2009
SIGN-ON SYSTEMS, INC. ) Time: 9:00 a.m.
 ) Place: Courtroom 6, Fourth Floor
Respondent. )
 )

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1. On February 3, 2009, the United States filed two Verified Petitions to Enforce Internal Revenue Service Summonses, one for for Neal Barnett, individually, and as President of Sign-On Systems, Inc. <u>United States v. Neal Barnett</u>, Case No. CV 09-0484-RMW (N.D. Calif,); <u>United States v. Neal Barnett, as President of Sign-On Systems, Inc.</u>, Case No. CV 09-0483-RMW (N.D. Calif.). These cases were consolidated by Order entered March 5, 2009.

2. The Court entered an Order to Show Cause re: Enforcement of Internal Revenue Summons, scheduling the hearing for April 10, 2009.

///

3. The parties have filed a stipulation and proposed order requiring Neal Barnett to appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600, San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses by providing documents and testimony as required by the summonses heretofore served upon him both individually and as President of Sign-On Systems, Inc. It is anticipated that Neal Barnett will comply with the summonses and thereby resolve all issues in this case.

4. Accordingly, the parties stipulate and request that this Court reschedule the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently schedule for April 10, 2009 at 9:00 a.m. to May 8, 2009, at 9:00 a.m.

SO STIPULATED:

        Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: April 7, 2009        /s/ Cynthia Stier
        CYNTHIA STIER
        Assistant United States Attorney
        Tax Division
            Attorneys for the United States

        BERLINER COHEN

DATED: April 7, 2009        /s/
        FRANK R. UBHAUS
        CHRISTIAN E. PICONE

        Attorneys for Respondent, Neal Barnett, individually and as President of Sign-on Systems, Inc.

///
///
///
///
///

Stipulation and [] Order,
Case Nos. 09-0483-RMW and
09-0484        2

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED that the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently schedule for April 10, 2009 at 9:00 a.m. is rescheduled to May 8, 2009, at 9:00 a.m.

**SO ORDERED** this  8  day of   April           , 2009,
at  San Jose      , California.

*Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**