| | |
|---|---|
| 1  JOSEPH RUSSONIELLO (CSBN 44332) | |
|    United States Attorney | |
| 2  THOMAS MOORE (ASBN 4305-O78T) | |
|    Assistant United States Attorney | |
| 3  Chief, Tax Division | |
|    CYNTHIA STIER (DCBN 423256) | |
| 4  Assistant United States Attorney | |
|    9th Floor Federal Building | |
| 5  450 Golden Gate Avenue, Box 36055 | *E-FILED - 5/7/09* |
|    San Francisco, California 94102 | |
| 6  Telephone: (415) 436-7000 | |

7  Attorneys for the United States of America

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                      NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

| | |
|---|---|
| 13 UNITED STATES OF AMERICA and | ) |
|    CHEERLEN CHANG, Revenue Agent, | ) NO.  CV 09-0483-RMW |
| 14 | ) NO.  CV 09-0484-RMW |
|    | ) |
| 15         Petitioners, | ) STIPULATION and [PROPOSED] |
|    | ) ORDER TO RESCHEDULE |
| 16 | ) HEARING ON ORDER TO SHOW |
|    | ) CAUSE RE: ENFORCEMENT OF |
| 17 | ) INTERNAL REVENUE SERVICE |
|    v. | ) SUMMONS |
| 18 | ) |
|    NEAL BARNETT, individually and NEAL | )                22 |
| 19 BARNETT, AS PRESIDENT OF | ) Date: May ~~19~~, 2009 |
|    SIGN-ON SYSTEMS, INC. | ) Time: 9:00 a.m. |
| 20 | ) Place: Courtroom 6, Fourth Floor |
|             Respondent. | ) |
| 21 | ) |

22       The parties hereby stipulate and agree, subject to the Court's approval, to the following:

23       1.   On February 3, 2009, the United States filed two Verified Petitions to Enforce

24 Internal Revenue Service Summonses, one for  for Neal Barnett, individually, and as President of

25 Sign-On Systems, Inc.  <u>United States v. Neal Barnett</u>, Case No. CV 09-0484-RMW (N.D. Calif,);

26 <u>United States v. Neal Barnett, as President of Sign-On Systems, Inc.</u>, Case No. CV 09-0483-

27 RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

28 //

1  2. The Court entered an Order to Show Cause re: Enforcement of Internal Revenue Summons, scheduling the hearing for April 10, 2009.

3. Pursuant to a Stipulation by the parties, the Court ordered Neal Barnett to appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600, San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses, and continued the hearing on the Order to Show Cause to May 8, 2009.

4. Mr. Barnett did appear before Agent Chang; however, there are several issues which Agent Chang wants addressed which require additional time for Mr. Barnett to respond.

5. Accordingly, the parties stipulate and request that this Court reschedule the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently scheduled for May 8, 2009, to May 22, 2009, at 9:00 a.m.

SO STIPULATED:

                    Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

DATED: May 6, 2009         /s/ Cynthia Stier
                    CYNTHIA STIER
                    Assistant United States Attorney
                    Tax Division
                    Attorneys for the United States

                    BERLINER COHEN

DATED: May 6, 2009         /s/
                    FRANK R. UBHAUS
                    CHRISTIAN E. PICONE

                    Attorneys for Respondent, Neal Barnett, individually and as President of Sign-on Systems, Inc.

Stipulation and [PROPOSED] Order,
Case Nos. 09-0483-RMW and
09-0484

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED that the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently schedule for May 8, 2009 at 9:00 a.m. is rescheduled to May ~~xx~~ 22, 2009, at 9:00 a.m.

**SO ORDERED** this   7   day of       May            , 2009, at San Jose, California.

*Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**

Stipulation and [~~PROPOSED~~] Order,
Case Nos. 09-0483-RMW and
09-0484