1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

*E-FILED - 5/21/09*

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA and ) NO. CV 09-0483-RMW
CHEERLEN CHANG, Revenue Agent, ) NO. CV 09-0484-RMW
                                )
        Petitioners,             ) STIPULATION and [
                                )  ORDER TO RESCHEDULE
                                )  HEARING ON ORDER TO SHOW
                                )  CAUSE RE: ENFORCEMENT OF
                                )  INTERNAL REVENUE SERVICE
        v.                      )  SUMMONS
                                )
NEAL BARNETT, individually and NEAL )
BARNETT, AS PRESIDENT OF        ) Date: June 12, 2009
SIGN-ON SYSTEMS, INC.           ) Time: 9:00 a.m.
                                ) Place: Courtroom 6, Fourth Floor
        Respondent.             )
                                )

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1. On February 3, 2009, the United States filed two Verified Petitions to Enforce Internal Revenue Service Summonses, one for  for Neal Barnett, individually, and as President of Sign-On Systems, Inc.  <u>United States v. Neal Barnett</u>, Case No. CV 09-0484-RMW (N.D. Calif,); <u>United States v. Neal Barnett, as President of Sign-On Systems, Inc.</u>, Case No. CV 09-0483-RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

//

2. The Court entered an Order to Show Cause re: Enforcement of Internal Revenue Summons, scheduling the hearing for April 10, 2009.

3. Pursuant to a Stipulation by the parties, the Court ordered Neal Barnett to appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600, San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses, and continued the hearing on the Order to Show Cause to May 8, 2009.

4. Mr. Barnett did appear before Agent Chang; however, there were several issues which Agent Chang wanted addressed which required additional time for Mr. Barnett to respond.

5. The parties stipulated to continue the hearing to allow Mr. Barnett to obtain the additional information. To date, there is only one item remaining which Mr. Barnett has requested from Wells Fargo. Mr. Barnett has agreed to provide the Wells Fargo records to Ms. Chang as soon as it is received. Accordingly, the parties stipulate and request that this Court reschedule the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently scheduled for May 22, 2009, to June 12, 2009, at 9:00 a.m.

6. In the event that the Wells Fargo records are provided to Ms. Chang, the United States will seek dismissal of this action.

SO STIPULATED:

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 20, 2009         /s/ Cynthia Stier
                            CYNTHIA STIER
                            Assistant United States Attorney
                            Tax Division
                               Attorneys for the United States


                            BERLINER COHEN

DATED: May 20, 2009          /s/
                            FRANK R. UBHAUS
                            CHRISTIAN E. PICONE
                               Attorneys for Respondent, Neal Barnett,
                               individually and as President of Sign-on
                               Systems, Inc.

1 **ORDER**

2 Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED
3 that the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons,
4 currently schedule for May 22, 2009 at 9:00 a.m. is rescheduled to June 12, 2009, at 9:00 a.m.
5 **SO ORDERED** this   21   day of   May                  , 2009,
6 at San Jose, California.

*Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**