```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America            ***E-FILED - 6/11/09***

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHEERLEN CHANG, Revenue Agent,<br><br>    Petitioners,<br><br>    v.<br><br>NEAL BARNETT, individually and NEAL BARNETT, AS PRESIDENT OF SIGN-ON SYSTEMS, INC.<br><br>    Respondent. | NO.  CV 09-0483-RMW<br>NO.  CV 09-0484-RMW<br><br>APPLICATION and [PROPOSED] ORDER TO DISMISS |

    Petitioners, United States of America and Cheerlen Chang, IRS Revenue Agent, hereby advise the Court that respondents, Neal Barnett, individually and as President of Sign-On Systems, Inc., has complied with the Internal Revenue Service summons and request that these actions be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                                                   JOSEPH RUSSONIELLO<br>
                                                   United States Attorney

Dated: June 5, 2009                      /s/ Cynthia Stier<br>
                                                   CYNTHIA STIER<br>
                                                   Assistant United States Attorney<br>
                                                   Tax Division

1 **ORDER**

2   Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of
3 Civil Procedure, these actions are hereby dismissed.

4

5   **ORDERED** this __11__ day of ____June_____, 2009, at San Jose,

6 California.

7

8   _____
     **RONALD M. WHYTE**
     **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**US and Cheerlen Chang**
**v. Neal Barnett, et al.,**
**Case Nos. CV 09-0483-RMW,**
**and CV 09-0484-RMW**                        2